# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMBAR RAMIREZ, ) | CIVIL ACTION FILE |
| ) | NO. 1:20-cv-05014-CAP-CCB |
| Plaintiff, ) | |
| ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| AEROTEK, INC. ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Ambar Ramirez and Defendant Aerotek, Inc. file this stipulation of dismissal with prejudice of all claims raised in this action. Each party shall bear its own costs, fees, and expenses.

Respectfully submitted this 22nd day of July 2021.

| | |
|---|---|
| **Amelia A. Ragan** | **Christopher G. Moorman** |
| Eleanor M. Attwood | Christopher G. Moorman |
| Georgia Bar No. 514014 | MOORMAN PIESCHEL, LLC |
| emattwood@law-llc.com | One Midtown Plaza |
| Amelia A. Ragan | 1360 Peachtree Street, N.E. |
| Georgia Bar No. 381387 | Suite 1205 |
| aaragan@law-llc.com | Atlanta, GA 30309 |
| LEGARE, ATTWOOD & WOLFE, LLC | cgm@morrmanpieschel.com |
| Decatur Town Center Two | |
| 125 Clairemont Avenue | |
| Suite 380 | |
| Decatur, GA  30030 | |

Telephone: (470) 823-4000
Facsimile: (470) 201-1212

**Attorney for Plaintiff**

**<u>Hillary L. Klein</u>**
Hillary L. Klein
HUSCH BLACKWELL, LLP
736 Georgia Avenue
Suite 300
Chattanooga, TN 37402
<u>hillary.klein@huschblackwell.com</u>

**Attorneys for Defendant**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| AMBAR RAMIREZ, | ) | CIVIL ACTION FILE |
| | ) | NO. 1:20-cv-05014-CAP-CCB |
| Plaintiff, | ) | |
| | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| AEROTEK, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2021, I filed the foregoing Joint Stipulation of Dismissal With Prejudice with the Clerk of Court using the CM/ECF filing system which will automatically send notification of such filing to all counsel of record:

Christopher G. Moorman
cgm@morrmanpieschel.com

Hillary L. Klein
Hillary.klein@huschblackwell.com

                        LEGARE, ATTWOOD & WOLFE, LLC

                        **Amelia A. Ragan**
                        Eleanor M. Attwood
                        Georgia Bar No. 514014
                        emattwood@law-llc.com
                        Amelia A. Ragan
                        Georgia Bar No. 381387
                        aaragan@law-llc.com